```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 05 B 31978
   ROBERT D WARREN
                                           CHAPTER 13

                                           JUDGE: SUSAN PIERSON SONDERBY
        Debtor
   SSN XXX-XX-0813

------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 08/13/2005 and was confirmed 09/29/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was paid in full 10/15/2007.
------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                            PAID            PAID
------------------------------------------------------------------------
CITIZENS AUTOMOBILE FINA   SECURED              .00          .00             .00
US BANK                    SECURED              .00          .00             .00
CITY OF NORTHLAKE POLICE   PRIORITY       NOT FILED          .00             .00
CAPITAL ONE                UNSECURED        2405.83          .00         2405.83
ECAST SETTLEMENT CORP      UNSECURED        4622.47          .00         4622.47
DISCOVER FINANCIAL SERVI   UNSECURED        1905.65          .00         1905.65
ECAST SETTLEMENT CORP      UNSECURED        6829.46          .00         6829.46
RESURGENT ACQUISITION LL   UNSECURED        3160.31          .00         3160.31
HOME DEPOT                 UNSECURED       NOT FILED         .00             .00
NATIONAL ENTERPRISE SYST   NOTICE ONLY     NOT FILED         .00             .00
US BANK                    UNSECURED         434.18          .00          434.18
DAVID E COHEN              DEBTOR ATTY      694.00                        694.00
TOM VAUGHN                 TRUSTEE                                       1,184.93
DEBTOR REFUND              REFUND                                          217.77

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                    RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE            21,454.60

PRIORITY                                            .00
SECURED                                             .00
UNSECURED                                     19,357.90
ADMINISTRATIVE                                   694.00
TRUSTEE COMPENSATION                           1,184.93
DEBTOR REFUND                                    217.77
                   ---------------           ---------------
TOTALS              21,454.60                 21,454.60


              PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 05 B 31978 ROBERT D WARREN
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 04/23/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE